UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

DONALD DEBROSSE,

                                           Plaintiff,        **NOTICE OF APPEARANCE**

                      -against-              13 CV 3822 (AMD)(CLP)

THE CITY OF NEW YORK, DETECTIVE MICHAEL GAYNOR, Tax #928363, DETECTIVE DAVID ARVELO, Tax #895970, DETECTIVE LORRAINE WINTERS, Tax #921297, POLICE OFFICER PABLO DEJESUS, Tax #915572, DETECTIVE ANDREW MENNELLA, Tax #922778, DETECTIVE ROBERT AIELLO, Tax #901092, DETECTIVE CLAUDE JEAN-PIERRE, Tax #91209, POLICE OFFICERS JOHN/JANE DOE(S) #S1–10,

                                     Defendants.

--------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Christopher G. Arko**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants City of New York, Detective Michael Gaynor, Detective David Arvelo, Detective Lorraine Winters, Detective Pablo Dejesus, Detective Andrew Mennella, Detective Robert Aiello, and Detective Claude Jeanpierre.   All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       August 16, 2017

                                       ZACHARY W. CARTER
                                       Corporation Counsel of the City of
                                        New York
                                       *Attorney for Defendants City, Gaynor, Arvelo, Winters, Dejesus, Mennella, Aiello, and Jeanpierre*
                                        100 Church Street, Room 3-183
                                        New York, New York 10007
                                        (212) 356-5044

                                  By:       /s/
                                    **Christopher G. Arko**
                                    *Assistant Corporation Counsel*

cc:    <u>BY ECF</u>
       David A. Zelman
       *Attorney for Plaintiff*